UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4883 ODW (MRW) | Date | October 1, 2014 |
|---|---|---|---|
| Title | Phillips v. Janda | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

The Court stayed this habeas action in March 2014 to allow Petitioner to pursue additional relief in state court. (Docket # 22.) The Court ordered Plaintiff to filed periodic status reports every two months to update the Court regarding the status of the state action.

The Court has not received a report from Petitioner since July 2014. (Docket # 25.) Therefore, Plaintiff is ORDERED to submit a status report by or before October 30 regarding his state action. **Failure to file a timely response to this Order as directed above may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

Alternatively, Plaintiff may file a notice voluntarily dismissing this habeas action without further consequence.