IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO DESHAWN PHILLIPS,<br><br>    Petitioner,<br><br>    v.<br><br>G. J. JANDA, Warden,<br><br>    Respondent. | Case No. CV 13-4883 ODW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1  IT IS ORDERED that Judgment be entered denying the petition and
2  dismissing this action with prejudice.

4  DATE: ___November 4, 2016___       _____
                                      HON. OTIS D. WRIGHT II
                                      UNITED STATES DISTRICT JUDGE

2