# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO DESHAWN PHILLIPS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>G. J. JANDA, Warden,<br><br>　　　　Respondent. | Case No. CV 13-4883 ODW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: November 4, 2016

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE